**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| KAREN PETERS, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, <br><br>      Plaintiff, <br><br> v. <br><br> MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, <br><br>      Defendants. |

Case No.: 1:25-cv-08612-LAK

Hon. Lewis A. Kaplan

**NOTICE OF MOTION OF PAUL ROPER FOR APPOINTMENT AS**
**LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

**TO THE CLERK OF THE COURT, ALL PARTIES AND THEIR RESPECTIVE**

**ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that Paul Roper ("Movant") respectfully moves this Court for

an order: (1) appointing Movant as Lead Plaintiff in the above-captioned action (the "Action")

pursuant to § 21D of the Securities Exchange Act of 1934 ("Exchange Act"), as amended by the

Private Securities Litigation Reform Act of 1995 (the "PSLRA") and (2) approving Movant's

selection of Levi & Korsinsky, LLP as Lead Counsel for the Class.

Movant seeks appointment as lead plaintiff and approval of his choice of counsel pursuant

to the Exchange Act, the Federal Rules of Civil Procedure, and the PSLRA. This motion is based

on this notice, the attached Memorandum of Law, the Declaration of Adam M. Apton in support

thereof, and the Court's complete files and records in this action, as well as such further argument

as the Court may allow at a hearing on this motion.

Dated: December 15, 2025

Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Paul Roper and*
*[Proposed] Lead Counsel for the Class*

2