**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>       Plaintiff,<br><br>v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>       Defendants. | Case No.: 1:25-cv-08612-LAK<br><br>Hon. Lewis A. Kaplan |

**DECLARATION OF ADAM M. APTON IN SUPPORT OF PAUL ROPER'S MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Adam M. Apton, hereby declare as follows pursuant to 28 U.S.C. § 1746:

1. I am a partner with the law firm Levi & Korsinsky, LLP ("Levi & Korsinsky"), counsel for lead plaintiff movant Paul Roper ("Movant") and proposed Lead Counsel for the Class.

2. I submit this Declaration, together with the attached exhibits, in support of Movant's motion for appointment as Lead Plaintiff and approval of his selection of Levi & Korsinsky as Lead Counsel for the Class.

3. Attached hereto as the exhibits are true and correct copies of the following:

**Exhibit A**: PSLRA Certification signed by Movant attesting to his transactions of MoonLake Immunotherapeutics ("MoonLake" or the "Company") common stock;

**Exhibit B**: Loss Chart reflecting the losses incurred by Movant as a result of his transactions in MoonLake common stock;

**Exhibit C**:   Press Release published October 15, 2025, on *Globe Newswire,* announcing the pendency of a securities class action against defendants herein: *Bridgewood, v. MoonLake Immunotherapeutics, et. al.,* Case No. 1:25-cv-08500-LAK*,* later re-filed under *Peters v. MoonLake Immunotherapeutics, et. al.,* Case No. 1:25-cv-08612-LAK;

**Exhibit D**:   Declaration signed by Movant in support of his lead plaintiff motion; and

**Exhibit E**:   Firm Résumé of Levi & Korsinsky, proposed Lead Counsel for the Class.

I declare under penalty of perjury that the foregoing facts are true and correct.

Dated: December 15, 2025                    Respectfully Submitted,

**LEVI & KORSINSKY, LLP**

By: */s/ Adam M. Apton*
Adam M. Apton (AS-8383)
33 Whitehall Street, 27th Floor
New York, NY 10004
Tel: (212) 363-7500
Fax: (212) 363-7171
Email: aapton@zlk.com

*Lead Counsel for Paul Roper and*
*[Proposed] Lead Counsel for the Class*

2