# EXHIBIT B

| Client Name | Paul Roper |
|---|---|
| Company Name | MoonLake Immunotherapeutics |
| Ticker Symbol | MLTX |
| Security Type | |
| Class Period Start | 3/10/2024 |
| Class Period End | 9/29/2025 |
| 90-DAY Lookback Period Start | 9/30/2025 |
| 90-DAY Lookback Period End | 12/12/2025 |
| 90-DAY Lookback Average | $ 11.26 |
| Account | 1 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $16,863.42 |
| DURA LIFO* Total | $16,863.42 |
| Gross Shares Purchased | 400 |
| Net Shares Retained | 400 |
| Net Funds Expended | $21,369.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-15-2025 | 200 | 53.52 | $ 10,704.00 | | | | | | - | 200 | 200 | $ 11.26 | $ 2,252.79 | $ 8,451.21 | $ 8,451.21 |
| 09-15-2025 | 100 | 53.49 | $ 5,349.00 | | | | | | - | 100 | 100 | $ 11.26 | $ 1,126.40 | $ 4,222.60 | $ 4,222.60 |
| 09-16-2025 | 100 | 53.16 | $ 5,316.00 | | | | | | - | 100 | 100 | $ 11.26 | $ 1,126.40 | $ 4,189.60 | $ 4,189.60 |
| Total: | 400 | | $21,369.00 | | | | | | | 400 | 400 | | $4,505.58 | $16,863.42 | $16,863.42 |

| Client Name | Paul Roper |
|---|---|
| Company Name | MoonLake Immunotherapeutics |
| Ticker Symbol | MLTX |
| Security Type | |
| Class Period Start | 3/10/2024 |
| Class Period End | 9/29/2025 |
| 90-DAY Lookback Period Start | 9/30/2025 |
| 90-DAY Lookback Period End | 12/12/2025 |
| 90-DAY Lookback Average | $ 11.26 |
| Account | 2 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | $12,757.81 |
| DURA LIFO* Total | $12,757.81 |
| Gross Shares Purchased | 300 |
| Net Shares Retained | 300 |
| Net Funds Expended | $16,137.00 |

| Purchases | | | | Sales | | | | | | Retained | | | | Losses | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Trade Date | Shares Purchased During the CP | Price Per Share | Total Cost | Trade Date | Shares Sold During the CP | Shares Sold During the LBP1 | Price Per Share2 | Proceeds from CP Sales | Proceeds from LBP Sales | Shares Retained at End of CP | Shares Retained at End of LBP | Per Share Value | Retained Value | LIFO | DURA LIFO* |
| 09-15-2025 | 100 | 52.15 | $ 5,215.00 | | | | | | - | 100 | 100 | $ 11.26 | $ 1,126.40 | $ 4,088.60 | $ 4,088.60 |
| 09-23-2025 | 200 | 54.61 | $ 10,922.00 | | | | | | - | 200 | 200 | $ 11.26 | $ 2,252.79 | $ 8,669.21 | $ 8,669.21 |
| Total: | 300 | | $16,137.00 | | | | | | | 300 | 300 | | $3,379.19 | $12,757.81 | $12,757.81 |

| SUMMARY OF FINANCIAL INTEREST - ALL ACCTS | |
|---|---|
| LIFO Loss Total | $29,621.23 |
| DURALIFO* Total | $29,621.23 |
| Gross Shares Purchased | 700 |
| Net Shares Retained | 700 |
| Net Funds Expended | $37,506.00 |

*Legend: Class Period (CP); Lookback Period (LbP); Last-In-First-Out (LIFO)*

1 Sales during the LbP are matched to class period purchases utilizing LIFO.

2 Post-class period sales valued using the greater of: (1) the average closing price between the end of the class period and the sales date; or (2) the actual sales price.

* Disregarding losses not attributable to the alleged fraud from intra-class period sales made prior to any corrective disclosure matched to intra-class period purchases.