# EXHIBIT C




EQ |  GlobeNewswire by notified

Newsroom

Services

Contact Us

English ⌄

Sign In     Register     🔍

🔍  🔔  ☰

 **BLOCK & LEVITON LLP**

# SHAREHOLDER ALERT: MoonLake Immunotherapeutics Sued For Securities Fraud by Block & Leviton LLP; December 15 Deadline To Seek To Serve As Lead Plaintiff

October 15, 2025 11:18 ET  | Source: [Block & Leviton LLP](#)

## Release Summary

Block & Leviton filed a class action lawsuit today against MoonLake Immunotherapeutics (Nasdaq: MLTX). Investors should contact the firm by December 15.

## Company Profile

**Block & Leviton LLP**

**Location:** Boston, MA

**Industry:** Support Services

## Press Release Actions

[Print](#)

[Download PDF](#)

[Subscribe via RSS](#)

[Subscribe via ATOM](#)

[Javascript](#)

**Share**







BOSTON, Oct. 15, 2025 (GLOBE NEWSWIRE) -- On behalf of an individual investor, Block & Leviton LLP filed a class action lawsuit today against MoonLake Immunotherapeutics (Nasdaq: MLTX), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. [A copy of the Complaint is available on Block & Leviton's website.](#)

The suit alleges that MoonLake Immunotherapeutics misled investors about its sole drug candidate, sonelokimab (SLK), which was promoted as superior to competing monoclonal antibodies. The complaint claims MoonLake and its executives repeatedly touted SLK's Nanobody structure as providing unique clinical advantages, while failing to disclose that it targeted the same molecules as UCB's BIMZELX and offered no proven superiority. On September 28, 2025, MoonLake announced Phase 3 results showing SLK failed to match BIMZELX's efficacy, which analysts called a "disastrous result." Following the news, MoonLake's stock collapsed nearly 90%, causing significant losses for investors.

10/22/25, 1:51 PM    SHAREHOLDER ALERT: MoonLake Immunotherapeutics Sued...

Case 1:25-cv-08612-LAK    Document 15-3    Filed 12/15/25    Page 3 of 5

 

between March 10, 2024, and September 29, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired MoonLake Immunotherapeutics stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than December 15, 2025,** the deadline established by this notice. You may contact Block & Leviton to learn more about serving as a lead plaintiff.

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's case webpage, by calling (888) 256-2510, or by emailing shareholders@blockleviton.com.

CONTACT:

Block & Leviton LLP

260 Franklin Street, Suite 1860

Boston, MA 02110

(888) 256-2510

shareholders@blockleviton.com

www.blockleviton.com

**Tags**

$MLTX    MLTX Stock    MoonLake Immunotherapeutics

MoonLake Lawsuit    MLTX Lawsuit    Block & Leviton    sonelokimab

MoonLake SLK    BIMZELX    Class Action

**Related Links**

- MoonLake Immunotherapeutics Case Page

 

## MoonLake Immunotherapeutics Investors Should Contact Block & Leviton to Find Out How They Might Recover Losses Through The Firm's Investigation

MoonLake Immunotherapeutics Investors Should Contact Block & Leviton to Find Out How They Might Recover Losses Through The Firm's Investigation.

Read More

---

September 30, 2025 12:27 ET | Source: Block & Leviton LLP

## SLDE Investor ALERT: Block & Leviton Investigating Slide Insurance For Securities Fraud; Investors Should Contact the Firm To Potentially Recover Losses

Block & Leviton is investigating Slide Insurance (Nasdaq: SLDE) for potential securities laws violations. Investors should contact the firm to learn more.

Read More

# Explore

 

October 22, 2025 13:40 ET

October 22, 2025 13:00 ET

Applied Food Sciences Partners with Dempsey Corpor...

Plata Wine Partners Celebrates 20 Years of Vineyar...

● ○ ○ ○ ○

## About Us

GlobeNewswire is one of the world's largest newswire distribution networks, specializing in the delivery of corporate press releases, financial disclosures and multimedia content to media, investors, and consumers worldwide.

## Global News

sh

Français

10/22/25, 1:51 PM          SHAREHOLDER ALERT: MoonLake Immunotherapeutics Sued...

Case 1:25-cv-08612-LAK    Document 15-3    Filed 12/15/25    Page 5 of 5



Newsroom

Services

Sign In          Register

Contact Us

Notified

© 2025 Digital Media Innovations, LLC. All rights reserved.

