# Exhibit 3

**Moonlake Immunotherapeutics**
**Class Period: March 10, 2024 through September 29, 2025**

| Name | Date Purchased | Shares | Price per share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | 11.25774 |
| Veuthey, Tristan | 12/24/2024 | 50 | ($52.3500) | ($2,617.50) | | | | | 50 | $562.89 | ($2,054.61) | |