# EXHIBIT C

**Company Name:** MoonLake Immunotherapeutics

**Financial Interest Analysis**

**Ticker:** MLTX

**Class Period:** March 10, 2024 to September 29, 2025

**Name:** Jesse Kramer

**Account 1**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 1/7/2025 | 1,000 | $51.9968 | -$51,996.8000 | | $0.0000 | -$51,996.80 |
| 2/26/2025 | -1,000 | | $0.0000 | $40.7431 | $40,743.1000 | $40,743.10 |
| 4/11/2025* | 1,500 | | $0.0000 | | $0.0000 | $0.00 |
| 10/2/2025 | -1,500 | | $0.0000 | $6.9838 | $10,475.6250 | $10,475.63 |
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$778.08** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $0.00 |
| | | | $11.1712 | | **Total:** | **-$778.08** |

**Account 2**

| Date | Shares | Price Bought | Total Bought | Price Sold | Total Sold | Balance |
|---|---|---|---|---|---|---|
| 4/10/2025 | 1,500 | $33.7999 | -$50,699.8500 | | $0.0000 | -$50,699.85 |
| 4/11/2025* | -1,500 | | $0.0000 | | $0.0000 | $0.00 |
| **Shares Retained:** | **0** | | | | **Subtotal:** | **-$50,699.85** |
| | | | **90-Day Average Price** | | **90-Day Average:** | $0.00 |
| | | | $11.1712 | | **Total:** | **-$50,699.85** |
| | | | | | **Combined Total** | **-$51,477.93** |

Notes

*Shares transferred from Account 2 to Account 1.

The 90-Day Average Price used in this financial interest analysis is the average closing price between September 29, 2025 and December 12, 2025.   Any shares sold post-Class Period are valued using the greater of: (a) the average closing price between the end of the Class Period and the sales date, or (b) the actual sales price.