**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 1:25-cv-8612 |
| Plaintiff, | CLASS ACTION |
| v. | **NOTICE OF MOTION OF WESLEY WILSON FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, | |
| Defendants. | |

TO:    ALL PARTIES AND THEIR COUNSEL OF RECORD

PLEASE TAKE NOTICE that class member and proposed lead plaintiff Wesley Wilson will move this Court, on a date and at such time as may be designated by the Court, before the Honorable Lewis A. Kaplan in Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, NY 10007-1312, for an order: (1) appointing Wesley Wilson as Lead Plaintiff pursuant to the Private Securities Litigation Reform Act of 1995 ("PSLRA"), 15 U.S.C. §78u-4, *et seq.*; and (2) approving Wesley Wilson's selection of Block & Leviton LLP and Holzer & Holzer, LLC as Lead Counsel for the proposed class. In support of this Motion, Wesley Wilson submits the accompanying Memorandum of Law, Declaration of Jeffrey C. Block and accompanying Exhibits, and a [Proposed] Order.

DATED:  December 15, 2025                Respectfully submitted,

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Movant Wesley Wilson and Proposed*
*Co-Lead Counsel for the Class*

*/s/ Corey D. Holzer*
Corey D. Holzer
**HOLZER & HOLZER, LLC**
211 Perimeter Center Parkway, Suite 1010
Atlanta, Georgia 30346
(770) 392-0090 phone
cholzer@holzerlaw.com

*Counsel for Movant Wesley Wilson and Proposed*
*Co-Lead Counsel for the Class*

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey C. Block, hereby certify that on December 15, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Plaintiff*