**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KAREN PETERS, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 1:25-cv-8612 |
| Plaintiff, | CLASS ACTION |
| v. | **[PROPOSED] ORDER APPOINTING LEAD PLAINTIFF AND APPROVING LEAD PLAINTIFF'S SELECTION OF LEAD COUNSEL** |
| MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, | |
| Defendants. | |

Having considered Wesley Wilson's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel, and good cause appearing therefor, the Court ORDERS as follows:

1.    The Motion is GRANTED.

2.    Wesley Wilson is appointed as Lead Plaintiff for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(iii).

3.    Block & Leviton LLP and Holzer & Holzer, LLC are appointed Lead Counsel for the class pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v). Co-Lead Counsel shall have the following responsibilities and duties on behalf of Lead Plaintiff and the class: (a) preparing and filing pleadings; (b) briefing and arguing motions; (c) conducting discovery proceedings and depositions; (d) settlement negotiations with counsel for defendants; (e) pretrial proceedings and the trial of this matter; and (f) the supervision of all other matters concerning the prosecution or resolution of this action.

IT IS SO ORDERED.

DATED: _____      _____

THE HONORABLE LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE