**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, INDIVIDUALLY and ON BEHALF OF ALL OTHERS SIMILARLY SITUATED, | Case No. 1:25-cv-8612 |
| Plaintiff, | CLASS ACTION |
| v. | **DECLARATION OF JEFFREY C. BLOCK IN SUPPORT OF MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL** |
| MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, | |
| Defendants. | |

I, Jeffrey C. Block, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and am admitted to practice before this Court.  I am a partner at the law firm of Block & Leviton LLP, co-counsel for the proposed lead plaintiff Wesley Wilson in the above-captioned action.  I submit this declaration in support of Mr. Wilson's Motion for Appointment as Lead Plaintiff and Appointment of Lead Counsel.  I have personal knowledge of the matters stated herein, and if called upon, I could and would competently testify thereto.

2.      Attached are true and correct copies of the following exhibits:

Exhibit A:    Notice of pendency of class action published by Block & Leviton, LLP through Globe NewsWire on October 15, 2025;

Exhibit B:    Certification of Wesley Wilson;

Exhibit C:    Block & Leviton LLP firm résumé; and

Exhibit D:    Holzer & Holzer, LLC firm résumé.

I declare under penalty of perjury that the foregoing is true and correct.  Executed this 15th day of December 2025.

*/s/ Jeffrey C. Block*
Jeffrey C. Block

<u>CERTIFICATE OF SERVICE</u>

I, Jeffrey C. Block, hereby certify that on December 15, 2025, I authorized a true and correct copy of the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such public filing to all counsel registered to receive such notice.

*/s/ Jeffrey C. Block*
Jeffrey C. Block
**BLOCK & LEVITON LLP**
260 Franklin Street, Suite 1860
Boston, MA 02110
(617) 398-5600 phone
jeff@blockleviton.com

*Counsel for Plaintiff*