# Exhibit A



Newsroom

Services

Contact Us

English ⌄

Sign In     Register

**BLOCK & LEVITON LLP**

# SHAREHOLDER ALERT: MoonLake Immunotherapeutics Sued For Securities Fraud by Block & Leviton LLP; December 15 Deadline To Seek To Serve As Lead Plaintiff

October 15, 2025 11:18 ET  | Source: Block & Leviton LLP

## Release Summary

Block & Leviton filed a class action lawsuit today against MoonLake Immunotherapeutics (Nasdaq: MLTX). Investors should contact the firm by December 15.

## Company Profile

**Block & Leviton LLP**

**Location:** Boston, MA

**Industry:** Support Services

## Press Release Actions

Print

Download PDF

Subscribe via RSS

Subscribe via ATOM

Javascript

**Share**






BOSTON, Oct. 15, 2025 (GLOBE NEWSWIRE) -- On behalf of an individual investor, Block & Leviton LLP filed a class action lawsuit today against MoonLake Immunotherapeutics (Nasdaq: MLTX), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. A copy of the Complaint is available on Block & Leviton's website.

The suit alleges that MoonLake Immunotherapeutics misled investors about its sole drug candidate, sonelokimab (SLK), which was promoted as superior to competing monoclonal antibodies. The complaint claims MoonLake and its executives repeatedly touted SLK's Nanobody structure as providing unique clinical advantages, while failing to disclose that it targeted the same molecules as

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our Privacy Policy

Cookies Settings

Reject All

Accept All



Newsroom

Services

Sign In          Register

Contact Us

between March 10, 2024, and September 29, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired MoonLake Immunotherapeutics stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than December 15, 2025**, the deadline established by this notice. You may contact Block & Leviton to learn more about serving as a lead plaintiff.

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's case webpage, by calling (888) 256-2510, or by emailing shareholders@blockleviton.com.

CONTACT:

Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(888) 256-2510
shareholders@blockleviton.com
www.blockleviton.com

**Tags**

$MLTX        MLTX Stock        MoonLake Immunotherapeutics

MoonLake Lawsuit        MLTX Lawsuit        Block & Leviton        sonelokimab

**Set Your Preferences**

By clicking "Accept All Cookies," you agree to the storing of cookies on your device. For more information, see our

**Privacy Policy**