Lawrence D. Levit, Esq.
**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead Counsel*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION<br><br>**NOTICE OF MOTION OF THE CITY OF DETROIT GENERAL RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

**TO:  ALL PARTIES AND THEIR COUNSEL OF RECORD**

**PLEASE TAKE NOTICE** that on a date and time to be determined, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. §78u-4(a)(3)(B), as amended by Section 101(a) of the Private Securities Litigation Reform Act  of 1995, Pub. L. No. 104-67, 109 Stat. 737, the City of Detroit General Retirement System (the "System"), will move the Court in Courtroom 21B of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl St., New York, New York 10007 for an order: (i) appointing the System as Lead Plaintiff; (ii) approving its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel; and (iii) granting any such further relief as the Court may deem just and proper.

In support of this Motion, the System submits: (1) a Memorandum of Law in Support Its Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel; (2) the Declaration of Lawrence D. Levit in support of the Motion; and (3) a [Proposed] Order.

DATED: December 15, 2025

Respectfully Submitted,
*s/ Lawrence D Levit*
LAWRENCE D. LEVIT
**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
Mitchell M.Z. Twersky
Atara Twersky
Lawrence D. Levit
Dylan A. Berger
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com
dberger@aftlaw.com

*Counsel for City of Detroit General
Retirement System and Proposed Lead
Counsel for the Class*

1