**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>Defendants. | Case No. 1:25-cv-08612-LAK<br><br><br><br>CLASS ACTION |

**[PROPOSED] ORDER GRANTING MOTION FOR APPOINTMENT AS LEAD
PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

Having considered the Motion of the City of Detroit General Retirement System for Appointment as Lead Plaintiff (the "System") and Approval of Selection of Counsel (the "Motion") and good cause appearing therefor, the Court ORDERS as follows:

1.      The Motion is GRANTED;

2.      Pursuant to the Private Securities Litigation Reform Act of 1995, 15 U.S.C. §78u-4(a)(3)(B), the System is appointed as Lead Plaintiff; and

3.      Pursuant to 15 U.S.C. §78u-4(a)(3)(B)(v), the System's selection of Counsel is approved, and Abraham, Fruchter & Twersky, LLP is appointed as Lead Counsel.

IT IS SO ORDERED.

DATED: _____      _____

                                                  THE HONORABLE LEWIS A. KAPLAN
                                                  UNITED STATES DISTRICT JUDGE