Lawrence D. Levit, Esq.
**ABRAHAM, FRUCHTER**
**    & TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead Counsel*

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated, <br><br> Plaintiff, <br><br> v. <br><br> MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, <br><br> Defendants. | Case No. 1:25-cv-08612-LAK <br><br> <u>CLASS ACTION</u> <br><br> **DECLARATION OF LAWRENCE D. LEVIT IN SUPPORT OF MOTION OF THE CITY OF DETROIT GENERAL RETIREMENT SYSTEM FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL** |

I, Lawrence D. Levit, declare:

1.    I am of counsel with the law firm Abraham, Fruchter & Twersky, LLP, am a member of the Bar of the State of New York and admitted to practice before this Court. I submit this Declaration in support of the City of Detroit General Retirement System's (the "System"), motion for: (i) appointment as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities and Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 and (ii) approval of its selection of the law firm of Abraham, Fruchter & Twersky, LLP to serve as Lead Counsel for the class.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.    Attached hereto as Exhibit "1" is a true and correct copy of the Complaint filed in the action *Peters v. MoonLake Immunotherapeutics, et al.*, No. 1:25-cv-08612 (S.D.N.Y.) (the "*Peters* Action").

3.    Attached hereto as Exhibit "2" is a true and correct copy of the notice of pendency of the *Peters* Action published over *ACCESS Newswire*, a national, business-oriented news wire service, on October 20, 2025.

4.    Attached hereto as Exhibit "3" is a true and correct copy of the certification executed on behalf of the System which demonstrates its class standing and requisite financial interest in the outcome of the litigation.

5.    Attached hereto as Exhibit "4" is a true and correct copy of the loss chart summarizing the System's transactions in MoonLake Immunotherapeutics securities and the corresponding applicable losses calculated pursuant to the provisions of the PSLRA.

1

6.      Attached hereto as Exhibit "5" is a true and correct copy of the firm resume of Abraham, Fruchter & Twersky, LLP.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 15th day of December 2025, at New York, New York.

*s/ Lawrence D. Levit*
LAWRENCE D. LEVIT