# EXHIBIT 2

# MLTX ALERT: Block & Leviton LLP Announces The Filing of a Class Action Against MoonLake Immunotherapeutics; Lead Plaintiff Deadline Is December 15, 2025

**BOSTON, MA** / **ACCESS Newswire** / **October 20, 2025** / On behalf of an individual investor, Block & Leviton LLP filed a class action lawsuit on October 17, 2025, against MoonLake Immunotherapeutics (Nasdaq:MLTX), along with certain individuals, alleging that they violated federal securities laws by issuing false and misleading statements concerning the company's business, operations, and prospects. A copy of the Complaint is available on Block & Leviton's website.



The suit alleges that MoonLake Immunotherapeutics misled investors about its sole drug candidate, sonelokimab (SLK), which was promoted as superior to competing monoclonal antibodies. The complaint claims MoonLake and its executives repeatedly touted SLK's Nanobody structure as providing unique clinical advantages, while failing to disclose that it targeted the same molecules as UCB's BIMZELX and offered no proven superiority. On September 28, 2025, MoonLake announced Phase 3 results showing SLK failed to match BIMZELX's efficacy, which analysts called a "disastrous result." Following the news, MoonLake's stock collapsed nearly 90%, causing significant losses for investors.

The suit was brought in the Southern District of New York and was filed by Block & Leviton LLP. The case is captioned *Peters v. MoonLake Immunotherapeutics et al.*, No. 1:25-cv-08612 (S.D.N.Y.). The suit is brought on behalf of all those who purchased or otherwise acquired MoonLake Immunotherapeutics common stock between March 10, 2024, and September 29, 2025, both dates inclusive.

If you are an investor who purchased or otherwise acquired MoonLake Immunotherapeutics stock during the Class Period, you are a member of this proposed Class, and may be able to seek appointment as a lead plaintiff. This is a court-appointed representative of the class. To do so, you must comply with the relevant provisions of the Private Securities Litigation Reform Act, 15 U.S.C. 78u-4. **If you wish to serve as lead plaintiff, you must move the Court by no later than December 15, 2025**, the deadline established by this notice. You may contact Block & Leviton to learn more about serving as a lead plaintiff.

You do not need to seek to become a lead plaintiff to share in any possible recovery. You may retain counsel of your choice to represent you in this action.

You can learn more about the suit at Block & Leviton's case webpage, by calling (888) 256-2510, or by emailing shareholders@blockleviton.com.

**CONTACT:**
Block & Leviton LLP
260 Franklin Street, Suite 1860
Boston, MA 02110
(888) 256-2510
shareholders@blockleviton.com
www.blockleviton.com

**SOURCE:** Block & Leviton LLP