# EXHIBIT 3

**CERTIFICATION OF PLAINTIFF**
**PURSUANT TO THE FEDERAL SECURITIES LAWS**

I, Kevin Kenneally, as Chief Investment Officer of the City of Detroit General Retirement System, having the authority to enter into and execute this Certification on behalf of the City of Detroit General Retirement System, hereby certify as follows:

1. I have reviewed the Complaint filed in *Peters v. MoonLake Immunotherapeutics et al.*, No. 1:25-cv-08612 (S.D.N.Y.), and authorize the filing of a similar complaint and a motion for the City of Detroit General Retirement System's appointment as lead plaintiff.

2. The City of Detroit General Retirement System did not engage in transactions of the MoonLake Immunotherapeutics securities that are the subject of this action at the direction of plaintiff's counsel or in order to participate in any private action arising under the Securities Exchange Act of 1934 (the "1934 Act").

3. The City of Detroit General Retirement System is willing to serve as a representative party on behalf of a class, including providing testimony at deposition and trial, if necessary.

4. The City of Detroit General Retirement System's transactions during the relevant period in the MoonLake Immunotherapeutics securities that are the subject of this action are set forth in the attached Schedule A.

5. During the three-year period preceding the date of this Certification, the City of Detroit General Retirement System has sought to serve as a representative party on behalf of a class in the following cases filed under the 1934 Act: *Rammohan v. Stanley Black & Decker, Inc.*, No. 3:23-cv-00369 (D. Conn.); *In re AT&T Inc. Sec. Litig.*, No. 2:23-cv-04064 (D.N.J.); *General Retirement System of the City of Detroit v. Verizon Communications, Inc.*, No. 3:23-cv-05218 (D.N.J.); *Vazquez v. Masimo Corporation*, No. 3:23-cv-01546 (S.D. Cal.); *Salem v. Methode Electronics, Inc.*, No. 1:24-cv-07696 (N.D. Ill.); and *Shannahan v. FTAI Aviation Ltd. et al.*, No. 1:25-cv-00541 (S.D.N.Y).

6. The City of Detroit General Retirement System will not accept any payment for serving as a representative party on behalf of the class beyond its pro rata share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the

representation of the class as ordered by the Court.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 10 day of December 2025.

_____
Kevin Kenneally
Chief Investment Officer
City of Detroit General Retirement System

**Schedule A**

**City of Detroit General Retirement System**
**Transactions in MoonLake Immunotherapeutics (MLTX)**

| Transaction | Trade Date | Shares Transacted | Price |
|---|---|---|---|
| Buy | 06/17/2025 | 90 | 42.7200 |
| Buy | 06/17/2025 | 420 | 42.6419 |
| Buy | 06/18/2025 | 640 | 43.9181 |
| Buy | 06/18/2025 | 960 | 43.4785 |
| Buy | 06/20/2025 | 770 | 43.4999 |
| Buy | 06/20/2025 | 70 | 43.4650 |
| Buy | 06/20/2025 | 360 | 43.3857 |
| Buy | 06/23/2025 | 430 | 43.4189 |
| Buy | 06/23/2025 | 640 | 44.4100 |
| Buy | 06/23/2025 | 230 | 44.7644 |
| Buy | 06/24/2025 | 350 | 45.6924 |
| Buy | 06/24/2025 | 560 | 46.0600 |
| Buy | 06/25/2025 | 100 | 46.1350 |
| Buy | 06/25/2025 | 210 | 45.9230 |
| Buy | 06/25/2025 | 650 | 46.1150 |
| Buy | 06/26/2025 | 320 | 47.0025 |
| Buy | 07/10/2025 | 20 | 48.5885 |
| Buy | 07/10/2025 | 200 | 48.9050 |
| Buy | 07/10/2025 | 650 | 48.8673 |
| Buy | 07/11/2025 | 1,370 | 48.9171 |
| Buy | 07/11/2025 | 260 | 48.6800 |
| Sell | 09/29/2025 | (1,250) | 6.8654 |
| Sell | 09/29/2025 | (8,050) | 6.6050 |