# EXHIBIT 4

**Loss Report**

**City of Detroit General Retirement System**
**Transactions in MoonLake Immunotherapeutics (MLTX)**

Class Period Total Purchases: 9,300 shares
Class Period Total Net Purchases: 0 shares
Class Period Expenditures: ($424,394.57)
Class Period Net Expenditures: ($362,642.57)
Gain (Loss): ($362,642.57)

| Transaction | Trade Date | Shares Transacted | Price | Amount |
|---|---|---|---|---|
| Class Start Holdings | 03/10/2024 | 0 | | |
| Buy | 06/17/2025 | 90 | 42.7200 | ($3,844.80) |
| Buy | 06/17/2025 | 420 | 42.6419 | ($17,909.60) |
| Buy | 06/18/2025 | 640 | 43.9181 | ($28,107.58) |
| Buy | 06/18/2025 | 960 | 43.4785 | ($41,739.36) |
| Buy | 06/20/2025 | 770 | 43.4999 | ($33,494.92) |
| Buy | 06/20/2025 | 70 | 43.4650 | ($3,042.55) |
| Buy | 06/20/2025 | 360 | 43.3857 | ($15,618.85) |
| Buy | 06/23/2025 | 430 | 43.4189 | ($18,670.13) |
| Buy | 06/23/2025 | 640 | 44.4100 | ($28,422.40) |
| Buy | 06/23/2025 | 230 | 44.7644 | ($10,295.81) |
| Buy | 06/24/2025 | 350 | 45.6924 | ($15,992.34) |
| Buy | 06/24/2025 | 560 | 46.0600 | ($25,793.60) |
| Buy | 06/25/2025 | 100 | 46.1350 | ($4,613.50) |
| Buy | 06/25/2025 | 210 | 45.9230 | ($9,643.83) |
| Buy | 06/25/2025 | 650 | 46.1150 | ($29,974.75) |
| Buy | 06/26/2025 | 320 | 47.0025 | ($15,040.80) |
| Buy | 07/10/2025 | 20 | 48.5885 | ($971.77) |
| Buy | 07/10/2025 | 200 | 48.9050 | ($9,781.00) |
| Buy | 07/10/2025 | 650 | 48.8673 | ($31,763.75) |
| Buy | 07/11/2025 | 1,370 | 48.9171 | ($67,016.43) |
| Buy | 07/11/2025 | 260 | 48.6800 | ($12,656.80) |
| Sell | 09/29/2025 | (1,250) | 6.8654 | $8,581.75 |
| Sell | 09/29/2025 | (8,050) | 6.6050 | $53,170.25 |
| Class End Holdings | 09/29/2025 | 0 | | |
| Gain (Loss) | | | | ($362,642.57) |