UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>    v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA and MATTHIAS BODENSTEDT,<br><br>Defendants. | Case No.  1:25-cv-08612-LAK |

DECLARATION OF J. ALEXANDER HOOD II IN SUPPORT OF MOTION OF
HERMAN HARTMANN FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL
OF LEAD COUNSEL

I, J. Alexander Hood II, hereby declare as follows:

1.      I am a Partner with the law firm of Pomerantz LLP ("Pomerantz"), counsel on behalf of Herman Hartmann ("Hartmann"), and have personal knowledge of the facts set forth herein.  I make this Declaration in support of Hartmann's motion for appointment as Lead Plaintiff for the Class in the above-captioned action (the "Action") and approval of his selection of Pomerantz as Lead Counsel for the Class.

2.      Attached hereto as the exhibits indicated are true and correct copies of the following:

Exhibit A:    Chart setting forth Hartmann's financial interest in this litigation;

Exhibit B:    Press release published via *Globe Newswire* on October 15, 2025, announcing the pendency of a putative class action alleging securities fraud claims against the above-captioned defendants, styled *Bridgewood* v. *MoonLake Immunotherapeutics* et al., No. 1:25-cv-08500-LAK (S.D.N.Y. Oct. 15, 2025);

Exhibit C:    Shareholder Certification executed by Hartmann;

Exhibit D:    Declaration executed by Hartmann; and

Exhibit E:    Firm resume of Pomerantz.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.

Executed on December 15, 2025.

*/s/ J. Alexander Hood II*
J. Alexander Hood II

1