# EXHIBIT A

**MoonLake Immunotherapeutics (MLTX)**
**Class Period: March 10, 2024 to September 29, 2025**
**(Includes 90-Day Sales @ Statutory Pricing)**

| Plaintiff | Purchase or Acquire Date | Shares | Price | Amount | Sales Date | Shares | Price | Amount | End-of-Class Shares Retained | Post-Class Shares Retained | 77-Days* Mean Price $11.1712 Estimated Value | Estimated Gain(Loss) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Herman Hartmann | | | | | Preclass | 500 | | | | | | |
| Herman Hartmann | 4/22/2024 | 500 | $41.7700 | ($20,885) | 11/3/2025 | (2,000) | $10.3600 | $20,720 | | | | |
| Herman Hartmann | 4/26/2024 | 200 | $42.4900 | ($8,498) | | | | | | | | |
| Herman Hartmann | 5/22/2024 | 300 | $40.5600 | ($12,168) | | | | | | | | |
| Herman Hartmann | 6/13/2024 | 500 | $44.0800 | ($22,040) | | | | | | | | |
| **Herman Hartmann** | | **1,500** | | **($63,591)** | | **(2,000)** | | **$20,720** | **1,500** | **0** | **$0** | **($48,051)** |

*Avg Closing Prices from September 29, 2025 to December 12, 2025