**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                Plaintiff,<br><br>     v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>                Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**NOTICE OF MOTION OF YOANN KIMFOKO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

PLEASE TAKE NOTICE that on a date and at such time as may be designated by the Court, before the Honorable Lewis A. Kaplan, at the United States District Court for the Southern District of New York, located at the Daniel Patrick Moynihan Courthouse, 500 Pearl Street, Courtroom 21B, New York, NY 10007, Yoann Kimfoko, by and through his undersigned counsel, will respectfully move this Court for an entry of an order, pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"): (1) appointing Mr. Kimfoko as Lead Plaintiff in the above-captioned securities class action; (2) approving his selection of Bleichmar Fonti & Auld LLP ("BFA") as Lead Counsel for the Class; and (3) for any such further relief as the Court may deem just and proper.

This motion is made on the grounds that Mr. Kimfoko believes that he is the "most adequate plaintiff" under the PSLRA and should therefore be appointed Lead Plaintiff. Specifically, Mr. Kimfoko believes he has the largest financial interest in the relief sought by the Class in this action by virtue of, among other things, the approximately $383,000 in losses that he incurred on his investments in MoonLake Immunotherapeutics common stock during the Class Period. Mr. Kimfoko also otherwise satisfies the requirements of Rule 23 of the Federal Rules of Civil Procedure because his claims are typical of other Class members' claims and because he will fairly and adequately represent the interests of the Class.

This Motion is based upon this Notice of Motion, the accompanying Memorandum of Law in support thereof, the Declaration of Javier Bleichmar filed herewith, the pleadings and other filings herein, and such other written or oral argument as may be permitted by the Court.

WHEREFORE, Mr. Kimfoko respectfully requests that the Court: (1) appoint him as Lead Plaintiff pursuant to the PSLRA; (2) approve his selection of BFA as Lead Counsel for the Class; and (3) grant any such further relief as the Court may deem just and proper.

Dated: December 15, 2025                          Respectfully submitted,

                                                 **BLEICHMAR FONTI & AULD LLP**

                                                 */s/ Javier Bleichmar*
                                                 Javier Bleichmar
                                                 300 Park Avenue, Suite 1301
                                                 New York, New York 10022
                                                 Telephone: (212) 789-1340
                                                 Facsimile: (212) 205-3960
                                                 jbleichmar@bfalaw.com

                                                 -and-

                                                 Ross Shikowitz
                                                 75 Virginia Road
                                                 White Plains, New York 10603
                                                 Telephone: (914) 265-2991
                                                 Facsimile: (212) 205-3960
                                                 rshikowitz@bfalaw.com

                                                 -and-

                                                 Adam C. McCall (*pro hac vice* forthcoming)
                                                 1330 Broadway, Suite 630
                                                 Oakland, California 94612
                                                 Telephone: (212) 789-2303
                                                 Facsimile: (415) 445-4020
                                                 amccall@bfalaw.com

                                                 *Counsel for Proposed Lead Plaintiff Yoann Kimfoko, and Proposed Lead Counsel for the Putative Class*

2