**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>    Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**[PROPOSED] ORDER APPOINTING YOANN KIMFOKO AS LEAD PLAINTIFF AND APPROVING HIS SELECTION OF LEAD COUNSEL**

Upon consideration of: (1) the Motion of Yoann Kimfoko for appointment as Lead Plaintiff and approval of his selection of counsel; (2) the Memorandum of Law in support thereof; (3) the Declaration of Javier Bleichmar submitted herewith; and (4) all other pleadings and argument submitted to this Court; and for good cause shown;

**IT IS HEREBY ORDERED THAT:**

1.      Mr. Kimfoko's Motion is **GRANTED.**

2.      Mr. Kimfoko is **APPOINTED** to serve as Lead Plaintiff pursuant to Section 21D(a)(3)(B) of the Securities Exchange Act of 1934, 15 U.S.C. § 78u-4(a)(3)(B), as amended by the Private Securities Litigation Reform Act of 1995, in the above-captioned action and all related actions consolidated pursuant to Paragraph 4 of this Order.

3.      Mr. Kimfoko's selection of Lead Counsel is **APPROVED**, and Bleichmar Fonti & Auld LLP is **APPOINTED** as Lead Counsel for the Class.

4.      Pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, the above-captioned action, and any subsequently filed, removed, or transferred actions that are related to the claims asserted in the above-captioned action are **CONSOLIDATED** for all purposes.

5.      This action shall be captioned "*In re MoonLake Immunotherapeutics Securities Litigation*" and the file shall be maintained under Master File No. 1:25-cv-08612.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. LEWIS A. KAPLAN
UNITED STATES DISTRICT JUDGE