**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:25-cv-08612-LAK |
| Plaintiff, | CLASS ACTION |
| v. | |
| MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT, | |
| Defendants. | |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF THE MOTION OF YOANN KIMFOKO FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1.     I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of the Motion filed by Yoann Kimfoko for: (1) appointment as Lead Plaintiff; (2) approval of his selection of BFA to serve as Lead Counsel for the Class; and (3) any such further relief as the Court may deem just and proper.

2.     Attached as Exhibits A through F are true and correct copies of the following documents:

EXHIBIT A:     Declaration of Mr. Kimfoko;

EXHIBIT B:     Notice of pendency of *Bridgewood v. MoonLake Therapeutics, et al.*, No. 1:25-cv-08500-LAK (S.D.N.Y.) published on October 15, 2025;

EXHIBIT C:     Notice of pendency of *Peters v. MoonLake Therapeutics, et al.*, No. 1:25-cv-08612-LAK (S.D.N.Y.) published on October 20, 2025;

EXHIBIT D:     Certification of Mr. Kimfoko;

EXHIBIT E:     Chart reflecting financial interest of Mr. Kimfoko prepared by BFA; and

EXHIBIT F:     Firm Resume of BFA.

I declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Executed this 15th day of December 2025.

 _/s/ Javier Bleichmar_
Javier Bleichmar