# EXHIBIT A

## DECLARATION OF YOANN KIMFOKO

I, Yoann Kimfoko, declare as follows pursuant to 28 U.S.C. § 1746:

1. I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the securities class action on behalf of investors in the common stock of MoonLake Immunotherapeutics ("MoonLake" or the "Company") and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel. I have personal knowledge about the information in this Declaration and would testify competently thereto.

2. I reside in Cesson-Sévigné, France. I am an experienced investor and have invested in the stock market for several years. I studied at INSEEC School of Business and Economics in Bordeaux, France, specializing in finance. I currently work at MyLab Laboratory in Rennes, France, a laboratory specializing in the analysis of milk samples for the dairy industry. I am also a screenwriter and film director, and the founder and President of a film production company. My work has been screened at film festivals in the United States and France. Through my experience in the film industry, I have hired and supervised crew members for film productions and managed teams on other creative projects. I also have experience working with attorneys in the film industry on contracts, production, and intellectual property issues.

3. As reflected in my certification required by the Private Securities Litigation Reform Act of 1995, I purchased a significant amount of MoonLake stock and suffered large losses as a result of the Company's misconduct. Because of the substantial losses I incurred, I am motivated to seek the best possible result for myself and the proposed Class.

4. I spoke with an attorney at BFA regarding this matter and we have been in frequent communication. We discussed the legal claims against the defendants, the merits of the case, the significant losses I incurred and my desire to serve as Lead Plaintiff, the fiduciary responsibilities

of the Lead Plaintiff to the Class, the Lead Plaintiff's obligation to select and oversee counsel, and the need to ensure that the Class's claims will be efficiently and zealously prosecuted by my proposed attorneys.

5.      I selected BFA to serve as proposed Class counsel because it has a proven track record of litigating securities class actions successfully, and I believe that the Class will be well-served by its leadership.

6.      I understand the requirements of serving as Lead Plaintiff. I understand that my duties will include fair and adequate representation of all members of the Class, and if appointed as Lead Plaintiff, I will fulfill these responsibilities to the best of my abilities. I intend to oversee the progress of the litigation and ensure that my lawyers vigorously and efficiently prosecute the case in a way that best serves the interests of the Class.

7.      I will actively oversee the prosecution of this case by, among other things, reviewing pleadings and motion papers, obtaining regular status reports on the progress of the litigation, participating in discovery, and providing input into litigation decisions, including potential settlement negotiations and trial.

8.      My counsel and I have each other's contact information and either of us may call or email for a meeting at any time. I am able and willing to convene future calls, attend in-person meetings, and communicate via email as often and regularly as necessary to ensure responsible oversight of counsel. I do not foresee any problems communicating with counsel or staying abreast of the progress of this litigation. I am highly committed to satisfying the fiduciary responsibilities of the court-appointed Lead Plaintiff and reaffirm that I will ensure this case is litigated in the best interests of the Class.

2

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  12/10/2025 _____.

Signé par :

9D0373EA32E8416...

Yoann Kimfoko

3