# EXHIBIT E

Financial Interest Analysis for Yoann Kimfoko
Class Period: March 10, 2024 - September 29, 2025

**MoonLake Immunotherapeutics (FIFO/LIFO)**

| Transaction Type | Trade Date | Shares | Price Per Share | Cost/Proceeds |
|---|---|---|---|---|
| Pre-Class Period Position | 3/10/2024 | 0.000000 | | |
| Purchase | 8/28/2025 | 182.581705 | $54.7700 | ($10,000.00) |
| Purchase | 8/28/2025 | 182.581705 | $54.7700 | ($10,000.00) |
| Purchase | 8/28/2025 | 182.581705 | $54.7700 | ($10,000.00) |
| Purchase | 8/28/2025 | 181.686046 | $55.0400 | ($10,000.00) |
| Purchase | 8/28/2025 | 182.581705 | $54.7700 | ($10,000.00) |
| Purchase | 8/28/2025 | 182.715147 | $54.7300 | ($10,000.00) |
| Purchase | 8/29/2025 | 181.126607 | $55.2100 | ($10,000.00) |
| Purchase | 8/29/2025 | 181.126607 | $55.2100 | ($10,000.00) |
| Purchase | 8/29/2025 | 181.126607 | $55.2100 | ($10,000.00) |
| Purchase | 8/29/2025 | 181.126607 | $55.2100 | ($10,000.00) |
| Purchase | 8/29/2025 | 180.929980 | $55.2700 | ($10,000.00) |
| Purchase | 8/29/2025 | 180.929980 | $55.2700 | ($10,000.00) |
| Purchase | 9/15/2025 | 364.193981 | $52.1700 | ($19,000.00) |
| Purchase | 9/15/2025 | 90.541275 | $53.3000 | ($4,825.85) |
| Purchase | 9/15/2025 | 486.800224 | $53.4100 | ($26,000.00) |
| Purchase | 9/15/2025 | 505.428678 | $53.4200 | ($27,000.00) |
| Purchase | 9/15/2025 | 487.896415 | $53.2900 | ($26,000.00) |
| Purchase | 9/15/2025 | 374.321542 | $53.4300 | ($20,000.00) |
| Purchase | 9/16/2025 | 74.766355 | $53.5000 | ($4,000.00) |
| Purchase | 9/16/2025 | 204.196328 | $53.3800 | ($10,900.00) |
| Purchase | 9/17/2025 | 582.816318 | $53.1900 | ($31,000.00) |
| Purchase | 9/17/2025 | 563.909774 | $53.2000 | ($30,000.00) |
| Purchase | 9/17/2025 | 375.939849 | $53.2000 | ($20,000.00) |
| Purchase | 9/17/2025 | 564.015792 | $53.1900 | ($30,000.00) |
| Purchase | 9/18/2025 | 134.073932 | $52.2100 | ($7,000.00) |
| Purchase | 9/18/2025 | 1,064.638783 | $52.6000 | ($56,000.00) |
| Purchase | 9/26/2025 | 163.025210 | $59.5000 | ($9,700.00) |
| *Total Class Period Purchases* | | 8,217.658857 | | ($441,425.85) |
| Sale [1,2] | 9/29/2025 | -163.025210 | $6.5900 | $1,074.34 |
| *Total Class Period Sales Matching to Class Period Purchases* | | -163.025210 | | $1,074.34 |
| Sale [2] | 9/30/2025 | -8,054.633647 | $7.0700 | $56,946.26 |
| *Total Post-Class Period Sales Matching to Class Period Purchases* | | -8,054.633647 | | $56,946.26 |
| Retained Shares [3] | | 0.000000 | $11.1625 | $0.00 |
| | | | **FIFO/LIFO Gain/(Loss):** | ($383,405.25) |

[1] While the complaint includes 9/29/2025 as part of the class period, Yoann Kimfoko's sale of 163.02521 shares on that date occurred after the pled corrective disclosure on 9/28/2025. Therefore, for the purposes of calculating Mr. Kimfoko's loss, his 9/29/2025 sale is treated as a post-disclosure sale.

[2] Sales occurring during the 90-day lookback period are valued at the maximum of the actual sale price and the average price on the date of sale.

[3] Retained shares are valued at the average price from 9/29/2025 to 12/15/2025.