Dylan A. Berger, Esq.
**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead Counsel*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                        Plaintiff,<br><br>        v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>                                        Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**DECLARATION OF DYLAN A. BERGER IN SUPPORT OF**
**CITY OF DETROIT GENERAL RETIREMENT SYSTEM'S OPPOSITION TO**
**COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**

I, Dylan A. Berger, declare:

1.     I am an associate with the law firm Abraham, Fruchter & Twersky, LLP (AF&T), am a member of the Bar of the State of New York, and am admitted to practice before this Court. I submit this Declaration in support of the City of Detroit General Retirement System's Opposition to Competing Motion for Appointment as Lead Plaintiff.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.     During its research regarding the competing lead plaintiff motions, AF&T only located one individual named Yoann Kimfoko ("Kimfoko").

3.     From publicly available information, Mr. Kimfoko claims to be a resident of Paris, France. *See, e.g.*, https://www.slated.com/people/101830/updates.

4.     Mr. Kimfoko apparently spent one year in business school and, in 2014, decided to stop attending to write screenplays. *See* https://screamfestla.com/director/yoann-kimfoko. His primary language appears to be French. *See id.*

5.     Since 2014, Mr. Kimfoko apparently wrote, directed, and produced a short film, "Botox Fiction," in 2022, with a running time of approximately four minutes. *See, e.g.*, https://www.imdb.com/name/nm10095014/;  https://vimeo.com/user99416979;  https://tickets. cinequest.org/websales/pages/info.aspx?evtinfo=370715~a12ee803-7eae-437e-8208-1c4d52da 2020&. AF&T has not located any other film written, directed, or produced by Mr. Kimfoko.

6.     Mr. Kimfoko apparently maintains a small motion picture and video production business, The Bird of Hermes Productions, in Northwestern France, located at 78 Rue de la Garenne, Cesson-Sevigne, BRE, 35510, France. *See* https://www.verif.com/en/company/THE-BIRD-OF-HERMES-PRODUCTIONS-68d9c1861299230338312e9d/. That address appears to

1

be a single-family home over 200 miles from Paris. AF&T has not located any other address for Mr. Kimfoko.

7.     AF&T has also not found any other actions in which Mr. Kimfoko was a plaintiff and/or acted as a fiduciary.

8.     Attached hereto as Exhibit "A" is a true and correct copy of the decision in *Pena v. iBio, Inc.*, No. 14-1343-RGA, ECF No. 25 (D. Del. Jan. 30, 2015).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 29th day of December 2025, at New York, New York.

s/ Dylan A. Berger
DYLAN A. BERGER

2