Lawrence D. Levit, Esq.
**ABRAHAM, FRUCHTER**
**& TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead Counsel*

[Additional Counsel on Signature Block]

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**CITY OF DETROIT GENERAL RETIREMENT SYSTEM'S REPLY**
**MEMORANDUM OF LAW IN SUPPORT OF ITS MOTION FOR APPOINTMENT**
**AS LEAD PLAINTIFF AND APPROVAL OF LEAD COUNSEL**

The City of Detroit General Retirement System ("Detroit Retirement" or the "System"), through its undersigned counsel, respectfully submits this reply memorandum in further support for its motion for appointment as Lead Plaintiff and approval of its selection of Abraham, Fruchter & Twersky ("AF&T") as Lead Counsel.[1]

There are two pending motions for appointment as lead plaintiff - one by Detroit Retirement, a large public pension fund experienced in acting as a fiduciary; the second by Yoann Kimfoko, an individual investor residing in France. *See* ECF Nos. 24-26, 31-33. It is evident that the appointment of Detroit Retirement will best benefit the putative Class. Detroit Retirement is an institutional investor which best meets the PSLRA's directives and congressional intent regarding the appointment of lead plaintiff.

As detailed in Detroit Retirement's Opposition (ECF No. 41), this Court has recognized "the Congressional preference for institutional lead plaintiffs in private securities class actions." *Randall v. Fifth St. Fin. Corp.*, No. 15-CV-7759([LAK]), 2016 WL 462479, at *3 (S.D.N.Y. Feb. 1, 2016). This preference applies even when an individual investor claims a larger loss than the institution. *See, e.g., id.* at *2-3; *Freedman v. Weatherford International Ltd.*, No. 12 Civ. 2121 (LAK), 2012 WL 13175995, at *1 (S.D.N.Y. July 10, 2012) (two institutions appointed as co-lead plaintiffs despite the institutions having "an aggregate claimed loss of 70 percent of that claimed by [the individual applicant]" because, while the institutions' damages were "somewhat smaller" than the individuals, the amount was "not materially so."). While Kimfoko claims its losses are approximately $21,000 more than Detroit Retirement ($383,405.25 compared to $362,642.57, which is a difference of less than 6%), this amount is not material and Detroit Retirement's

---

[1] Unless stated otherwise, capitalized terms have the same meaning as defined in the Complaint (ECF No. 1) or the System's lead plaintiff opening memorandum (ECF No. 25) or its opposition memorandum (ECF No. 41).

experience as a fiduciary, both as an investor and in complex litigation, should result in it being appointed Lead Plaintiff of this Action.

As a fiduciary, Detroit Retirement currently provides services and benefits to over 22,000 current employees and retirees. *See*, *e.g.* General Employee Retirement System of the City of .Detroit - June 30 2025 Financial Statements.pdf at p. 6. Detroit Retirement's total net position is more than $1.8 billion. *Id.* at 4-5. It invests these funds under the direction of both its Board of Trustees and Investment Committee. *See*, *e.g.*, https://www.rscd.org/member_resources_/board _of_trustees/meet_the_grsd_board_of_trustees.php; https://www.rscd.org/about_grsd_/meet_the _grsd_investment_committee.php.

Moreover, Detroit Retirement is experienced with complex litigation, including securities litigation, and has worked successfully with counsel in pursing recoveries for a class of investors. Recently, Detroit Retirement acted as co-lead plaintiff, and its selected counsel in this action, AF&T, was appointed as co-lead counsel in *In re Sea Ltd. Sec. Litig.*, Index No. 151344/2022 (N.Y. Sup. Feb. 11, 2022). *See* Declaration of Lawrence D. Levit in Support of City of Detroit General Retirement System's Reply in Support of Its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel ("Levit Reply Decl.) Exh. A at pp. 1-2, 7 at ¶1.21, 9 at ¶1.30. After litigating at both the trial and appellate court levels, Detroit Retirement and its co-lead plaintiff, City of Taylor Police and Fire Retirement System, authorized co-lead counsel to settle the action for $40 million. *See, e.g.*, *id.* at p.12 at ¶1.43. The Court issued final approval of the settlement on August 7, 2025. *See* Levit Reply Decl. Exh. B.

While Kimfoko may have had some interactions with attorneys in connection with his film ventures, he has not presented evidence that he has any experience with complex litigation or previously been involved in securities litigation. Moreover, the extent of his resources and

2

availability to monitor this litigation is unknown.[2] This lack of information is in drastic contrast to the publicly available information regarding Detroit Retirement. *See, e.g.*, https://www.rscd.org/about_grsd_/index.php.

Finally, Detroit Retirement's selection of AF&T as lead counsel should be approved. AF&T has vast experience in class action securities litigation and has recovered hundreds of millions of dollars for class members. *See* ECF No. 26-5 (firm resume).

---

[2] If Detroit Retirement is not appointed as lead plaintiff, it has requested, and continues to alternatively request, for the Court to issue an Order allowing it to conduct discovery into the adequacy of Kimfoko to act as lead plaintiff. *See* 15 U.S.C. §78u-4(a)(3)(B)(iv); ECF No. 41 at pp. 6-8.

## CONCLUSION

Detroit Retirement respectfully requests that the Court appoint it as Lead Plaintiff and approve its selection of Abraham, Fruchter & Twersky, LLP as Lead Counsel for the Class. In the alternative, Detroit Retirement respectfully requests the Court issue an Order allowing it to take limited discovery of Kimfoko.

DATED: January 5, 2026

Respectfully Submitted,

*s/ Lawrence D. Levit*

LAWRENCE D. LEVIT
**ABRAHAM, FRUCHTER**
 **& TWERSKY, LLP**
Mitchell M.Z. Twersky
Atara Twersky
Lawrence D. Levit
Dylan A. Berger
450 Seventh Avenue, 38th Floor
New York, NY 10123
Tel: (212) 279-5050
Fax: (212) 279-3655
mtwersky@aftlaw.com
atwersky@aftlaw.com
llevit@aftlaw.com
dberger@aftlaw.com

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead*
*Counsel for the Class*