Lawrence D. Levit, Esq.
**ABRAHAM, FRUCHTER**
  **& TWERSKY, LLP**
450 Seventh Avenue, 38th Floor
New York, NY 10123
(212) 279-5050

*Counsel for City of Detroit General*
*Retirement System and Proposed Lead Counsel*

[Additional Counsel on Signature Block]

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>                                Plaintiff,<br><br>    v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>                            Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**DECLARATION OF LAWRENCE D. LEVIT IN SUPPORT OF
CITY OF DETROIT GENERAL RETIREMENT SYSTEM'S REPLY IN SUPPORT OF
ITS MOTION FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF LEAD
COUNSEL**

I, Lawrence D. Levit, declare:

1.      I am of counsel with the law firm Abraham, Fruchter & Twersky, LLP, am a member of the Bar of the State of New York and admitted to practice before this Court. I submit this Declaration in support of the City of Detroit General Retirement System's Reply Memorandum of Law in Support of its Motion for Appointment as Lead Plaintiff and Approval of Lead Counsel.  I have personal knowledge of the matters stated herein and, if called upon, I could and would competently testify thereto.

2.      Attached hereto as Exhibit A is a true and correct copy of the Stipulation of Settlement filed in *In re Sea Ltd. Sec. Litig.*, Index No. 151344/2022 (Mar. 4, 2025).

3.      Attached hereto as Exhibit B is a true and correct copy of the Order and Final Judgment issued in *In re Sea Ltd. Sec. Litig.*, Index No. 151344/2022 (Aug. 7, 2025).

I declare under penalty of perjury that the foregoing is true and correct. Executed this 5th day of January 2026, at New York, New York.

s/ Lawrence D. Levit
LAWRENCE D. LEVIT