**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| KAREN PETERS, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br> v.<br><br>MOONLAKE IMMUNOTHERAPEUTICS, JORGE SANTOS DA SILVA, and MATTHIAS BODENSTEDT,<br><br>    Defendants. | Case No. 1:25-cv-08612-LAK<br><br>CLASS ACTION |

**DECLARATION OF JAVIER BLEICHMAR IN SUPPORT OF YOANN KIMFOKO'S REPLY MEMORANDUM OF LAW FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF HIS SELECTION OF LEAD COUNSEL**

I, Javier Bleichmar, declare as follows:

1.      I am a member in good standing of the bar of the State of New York and of this Court.  I am a Partner of the law firm of Bleichmar Fonti & Auld LLP ("BFA").  I submit this declaration in support of Yoann Kimfoko's Reply Memorandum of Law for Appointment as Lead Plaintiff and Approval of His Selection of Lead Counsel.

2.      Attached as Exhibit A is a true and correct copy of the Supplemental Declaration of Mr. Kimfoko.

Executed this 5th day of January 2026.

  _/s/ Javier Bleichmar_____
Javier Bleichmar