# EXHIBIT A

## SUPPLEMENTAL DECLARATION OF YOANN KIMFOKO

I, Yoann Kimfoko, declare as follows pursuant to 28 U.S.C. § 1746:

1.      I respectfully submit this declaration in support of my motion to be appointed Lead Plaintiff in the securities class action on behalf of investors in the common stock of MoonLake Immunotherapeutics ("MoonLake" or the "Company") and for approval of my selection of Bleichmar Fonti & Auld LLP ("BFA") to be appointed as Lead Counsel.  I have personal knowledge about the information in this Declaration and would testify competently thereto.

2.      For the avoidance of doubt, I provide this supplemental declaration to provide information regarding my investments in MoonLake common stock, which are listed in Schedule A to the PSLRA Certification I signed on December 10, 2025.  *See Peters v. MoonLake Immunotherapeutics*, No. 1:25-cv-08612-LAK (S.D.N.Y.), ECF No. 33-4 at 3.

3.      All the trades referenced in Schedule A were executed manually by me.  The trading platform I used to invest in MoonLake stock permits fractional share purchases.  At no time did I use an automated or scheduled investment plan when investing in MoonLake stock.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed  _1/3/2026_____.

Signé par :

_____
9D0373EA32E8416...

Yoann Kimfoko