UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
KAREN PETERS, etc.,

                              Plaintiff,

            -against-                                      25-cv-8612 (LAK)


MOONLAKE IMMUNOTHERAPEUTICS, et al.,

                              Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 1/7/2026


## MEMORANDUM OPINION AND ORDER
## (CORRECTED)


LEWIS A. KAPLAN, *District Judge.*

            This putative securities class action is before the Court on competing motions by

plaintiffs The City of Detroit General Retirement System ("Detroit GRS") and Yoann Kimfoko for

designation as lead plaintiff and approval of their respective lawyers as lead counsel as contemplated

by the Private Securities Litigation Reform Act of 1995 (the "PSLRA"). Each claims a loss on

investments in MoonLake securities of between $350,000 and $400,000, with Kimfoko's claimed

loss exceeding Detroit GRS's claimed loss by about $20,000.

            Detroit GRS and Kimfoko each make some points about the other and their respective

counsel that have quite marginal significance. As a general matter, the balance is close. In these

circumstances, the PSLRA's presumptive nod in favor of the contestant with the largest financial

interest – here, Kimfoko – has significant weight. On the other hand, Detroit GRS is an institutional

investor supervised by a board of trustees consisting of public officials and employees and a seven-

member investment committee. It has prior experience serving as a lead plaintiff in securities class

2

actions. Kimfoko, meanwhile, is an individual investor who resides in France. There is no reason to suppose that he has had any relevant previous experience interacting with, let alone supervising, American counsel in American litigation. Nor does his business experience, although no criticism or disrespect intended, give comfort that he would be remotely as well equipped as Detroit GRS to fulfill the role of lead plaintiff. He is employed by "a laboratory specializing in the analysis of milk samples for the dairy industry" and, in addition, is "a screenwriter and film director, and the founder and President of a film production company."[1]

For the reasons set forth above, Detroit GRS's qualifications, as well as it fulfilling all of the other requirements of the PSLRA, outweigh the marginally larger claimed loss of Kimfoko. Accordingly, the motion of Detroit GRS to appoint it as lead plaintiff and its counsel, Abraham, Fruchter & Twersky, LLP, as lead counsel (Dkt 24) is granted. Kimfoko's motion (Dkt 31) is denied.

SO ORDERED.

Dated:        January 6, 2026
Corrected:   January 7, 2026

_____
Lewis A. Kaplan
United States District Judge

---

[1]
Bleichmar Decl., Ex. A (Dkt 33-1) ¶ 2.